

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00239-CV

| | | |
|---|---|---|
| DR. JOHN SZABUNIEWICZ, Appellant | § | On Appeal from the 342nd District Court |
| V. | § | of Tarrant County (342-329405-21) |
| KING INVESTMENTS, INC., PHILLIP KING, AS EXECUTOR OF THE ESTATE OF THE EARL KING, DECEASED AND | § | September 14, 2023 |
| PHILLIP S. KING, Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM